Myron E. Etienne, Jr. (State Bar No. 23977)
Terrence R. O'Connor (State Bar No. 88004)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone:   (831) 424-1414
Facsimile:    (831) 424-1975

*E-FILED 8/10/07*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SERVANTES, SIMON ROCHA AGUILAR, ARTURO HERNANDEZ, and ADISLADO SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA PAINTING, INC., GUILLERMO VILLALPANDO also known as WILLIE VILLALPANDO and DOES 1-10,<br><br>Defendants. | Case No. C07-01730 RS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [~~PROPOSED~~ ORDER]<br><br>Complaint Filed: March 7, 2007<br><br>TRIAL DATE:   None Assigned |

It is stipulated by the parties, through their counsel, as follows:

1.  The law firm of Noland, Hamerly, Etienne & Hoss, a Professional Corporation, has recently been engaged to represent Defendants Guillermo Villalpando also known as Willie Villalpando and Villa Painting, Inc.

2.  The delay in obtaining counsel is due to the serious illness of Mr. Guillermo Villalpando.

3.  This continuance is requested because Mr. Villalpando is ill and currently receiving medical treatment out of state.

4.  Defendants request and Plaintiffs agree to a continuance of the Case Management Conference in this matter from August 15, 2007 at 2:30 p.m. to August 29, 2007 at 2:30 p.m.

17820\000\375802.1:80907

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [Proposed Order]
*Servantes, etc. v. Villa Painting, Inc., et al.*/Case No. C07-01730 RS

5. Defendants further requested and Plaintiffs agreed to an extension of time for Defendants to respond to the Complaint. Based on the Complaint service date, Defendants' response is currently due August 16, 2007. Plaintiffs agree that Defendants shall have an extension of time to respond to the Complaint up to and including August 28, 2007.

Dated: August __, 2007

NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation

By /s/
Terrence R. O'Connor
Attorneys for Defendants

Dated: August __, 2007

DAL BON AND WANG

By /s/
James Dal Bon
Attorneys for Plaintiffs

## [PROPOSED] ORDER

Based on the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Initial Case Management Conference currently on calendar for August 15, 2007 at 2:30 p.m. is hereby continued to August 29, 2007 at 2:30 p.m. Case Management Statements shall be filed in accordance within the time period set forth in the rules of the United District Court, Northern District of California.

2. Defendants shall have an extension of time to respond to the Complaint up to and including August 28, 2007.

Dated: August 10, 2007

[signature]

UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

17820\000\375802.1:80907

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [Proposed Order]
Servantes, etc. v. Villa Painting, Inc., et al./Case No. C07-01730 RS