**\*E-FILED\***
**November 29, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SERVANTES, et al., | No. C 07-01730 RS |
| Plaintiffs, | |
| v. | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| VILLA PAINTING, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 13, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 20, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: November 29, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon     jdblaw@earthlink.net

Myron E. Etienne , Jr     detienne@nheh.com

Terrence R. O'Connor     toconnor@nheh.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 29, 2007

                                 /s/ BAK
                             Chambers of Magistrate Judge Richard Seeborg