Terrence R. O'Connor (State Bar No. 88004)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone: (831) 424-1414
Facsimile: (831) 424-1975

Attorneys for Defendants Villa Painting, Inc. and
Guillermo Villapando

*E-FILED 12/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SERVANTES, SIMON ROCHA AGUILAR, ARTURO HERNANDEZ and ADISLADO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>VILLA PAINTING, INC., GUILLERMO VILLAPANDO and DOES 1-10,<br><br>Defendants. | Case No. C 07-01730 RS<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL OF ACTION AND HEARING ON STAND-BY ORDER TO SHOW CAUSE AND ORDER THEREON**<br><br>Dept: Courtroom 4, 5th Floor<br>Judge: Magistrate Judge Richard Seeborg<br><br>Complaint Filed: March 27, 2007 |

The parties, through their counsel, stipulate as follows:

1. The parties entered into a full settlement of all claims. The deadline to complete the settlement terms is February 15, 2008.

2. The court has ordered that the parties file a stipulation of dismissal by February 13, 2008. In addition, if a stipulation for dismissal is not filed by the court-ordered deadline, the parties are to appear on February 20, 2008 at 9:30 a.m. to show cause why the case should not be dismissed.

3. The parties agree and respectfully request that the court allow the parties until February 27, 2008 to file a stipulation of dismissal.

17820\001\385835.1:121807

STIPULATION TO CONTINUE DEADLINE;CONTINUE HEARING ON OSC; and ORDER THEREON
*Jose Servantes, et al. v. Villa Painting, Inc., et al./*Case Number C 07-01730 RS

4. The parties further agree and respectfully request that the hearing on the Stand-By Order to Show Cause be continued to March 5, 2008 at 9:30 a.m.

5. The parties anticipate that all settlement terms will be completed, and that no hearing on the Order to Show Cause will be required.

6. A continuance of the filing deadline and the hearing date will not cause prejudice to any party to this action, will allow the parties sufficient time to complete all settlement terms, and to prepare and file a stipulation for dismissal.

Dated: December 10, 2007

NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation

By /s/
Terrence R. O'Connor
Attorneys for Defendants

Dated: December 10, 2007

DAL BON AND WANG

By /s/
James Dal Bon
Attorneys for Plaintiffs

[Order Continues on Page 3]

17820\001\385835.1:121807

2

STIPULATION TO CONTINUE DEADLINE;CONTINUE HEARING ON OSC; and ORDER THEREON
*Jose Servantes, et al. v. Villa Painting, Inc., et al.*/Case Number C 07-01730 RS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the Stipulation of the parties, and good cause appearing, |
| 3 | IT IS HEREBY ORDERED as follows: |
| 4 | 1. The parties are required to file a stipulation of dismissal by **February 27, 2008**. |
| 5 | 2. If a stipulation of dismissal is not filed by that date, the parties are ordered to |
| 6 | appear on **March 5, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed. |
| 8 | Dated: December 18, 2007 |
| 10 | UNITED STATES ~~DISTRICT JUDGE~~ |
| 11 | MAGISTRATE JUDGE |
| 15 | [END OF ORDER] |