*E-FILED*
**March 4, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SERVANTES, et al., | No. C 07-01730 RS |
| Plaintiffs, | **ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| VILLA PAINTING, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, the stand-by order to show cause hearing, which is currently set for March 5, 2008, shall be held on **March 19, 2008 at 9:30 a.m.**. The parties are required to file a stipulation of dismissal by **March 12, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 19, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: March 4, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

Myron E. Etienne , Jr    detienne@nheh.com

Terrence R. O'Connor    toconnor@nheh.com

Dated: March 4, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg