Terrence R. O'Connor (State Bar No. 88004)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone: (831) 424-1414
Facsimile: (831) 424-1975

*E-FILED 3/18/08*

Attorneys for Defendants Villa Painting, Inc. and Guillermo Villapando

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE SERVANTES, SIMON ROCHA AGUILAR, ARTURO HERNANDEZ and ADISLADO SANCHEZ,

Plaintiff,

vs.

VILLA PAINTING, INC., GUILLERMO VILLAPANDO and DOES 1-10,

Defendants.

Case No. C 07-01730 RS

**STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL OF ACTION AND HEARING ON STAND-BY ORDER TO SHOW CAUSE**
AND ORDER

Dept: Courtroom 4, 5th Floor
Judge: Magistrate Judge Richard Seeborg

Complaint Filed: March 27, 2007

The parties, through their counsel, stipulate as follows:

1. The parties have been ordered to file a stipulation of dismissal by February 27, 2008. Final settlement terms have not been complete.

2. The parties respectfully request that the court grant an extension of time to complete all settlement terms and file a Stipulation of Dismissal from February 27 to April 4, 2008.

3. The parties further agree and respectfully request that the hearing on the Stand-By Order to Show Cause be continued to April 16, 2008 at 9:30 a.m.

17820\001\385835.1:30408
STIPULATION TO CONTINUE DEADLINE;CONTINUE HEARING ON OSC; and ORDER THEREON
*Jose Servantes, et al. v. Villa Painting, Inc., et al.*/Case Number C 07-01730 RS

NOLAND, HAMERLY, ETIENNE & HOSS
ATTORNEYS AT LAW
SALINAS, CALIFORNIA

NOLAND, HAMERLY, ETIENNE & HOSS
ATTORNEYS AT LAW
SALINAS, CALIFORNIA

4. The parties anticipate that all settlement terms will be completed by April 4, and that no hearing on the Order to Show Cause will be required.

5. A continuance of the filing deadline and the hearing date will not cause prejudice to any party to this action, will allow the parties sufficient time to complete all settlement terms, and to prepare and file a stipulation for dismissal.

Dated: March 3, 2008

NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation

By /s/
Terrence R. O'Connor
Attorneys for Defendants

Dated: March 3, 2008

DAL BON AND WANG

By /s/
James Dal Bon
Attorneys for Plaintiffs

[*Order Continues on Page 3*]

17820\001\385835.1:30408

2

STIPULATION TO CONTINUE DEADLINE;CONTINUE HEARING ON OSC; and ORDER THEREON
*Jose Servantes, et al. v. Villa Painting, Inc., et al.*/Case Number C 07-01730 RS

**ORDER**

Based on the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The parties are required to file a stipulation of dismissal by **April 4, 2008**.

2. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 16, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Dated: March 18, 2008

UNITED STATES ~~DISTRICT JUDGE~~ MAGISTRATE JUDGE

[END OF ORDER]

NOLAND, HAMERLY, ETIENNE & HOSS
ATTORNEYS AT LAW
SALINAS, CALIFORNIA